# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **JOEY LANG WALKER**, | ) |
| Plaintiff, | ) |
| vs. | )  5:10-CV-0518-WMA-JEO |
| **DEPUTY MATTHEW GENTRY**, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

Plaintiff Joey Walker Lang, an inmate in the Alabama penal system at the time he filed this *pro se* action pursuant to 42 U.S.C. § 1983, alleges that defendants unlawfully arrested and charged him with manufacturing a controlled substance him after conducting a warrantless search of his residence. (Doc. 1). He seeks punitive and compensatory damages in the amount of $5,000,000.00 for "the 'color of law' unconstitutional violation of [his] rights, against [him] and [his] property." (*Id*. at 5). The magistrate judge filed a report and recommendation on December 27, 2011, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice because plaintiff failed to submit any documents indicating that his conviction for manufacturing a controlled substance has been overturned on appeal or otherwise declared invalid. (Doc. 29 at 5). Plaintiff filed objections to the report and recommendation on January 4, 2012. (Doc. 30).

The plaintiff objects to the report and recommendation on the ground that officers violated his constitutional rights because they lacked the right "to move, alter, or disrupt my property to perform their illegal search." (Doc. 30 at 2). However, as with his objections to the defendants'

special report, the plaintiff has failed to submit the requisite documents to show that his resulting conviction has been overturned on appeal or otherwise declared invalid. As noted in the report and recommendation, the Supreme Court has held that a claim for damages related to a conviction that has not been invalidated is not cognizable under § 1983. *See Heck v. Humphrey*, 512 U.S. 477, 487 (1994). Therefore, the court sees no merit to plaintiff's objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 31st day of January, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE